UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GAINESVILLE HOTEL MANAGEMENT, | ) Case No. 1:14-cv-00212 |
| LLC, D/B/A PARAMOUNT PLAZA HOTEL | ) |
| & SUITES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST DISCLOSURE

Plaintiff serves this witness and exhibit list:

### A. WITNESSES

Plaintiff: Knowledge regarding the allegations in the Complaint and his damages.
c/o the undersigned

### B. EXHIBITS

1. Time sheets for Plaintiff

2. Pay records for Plaintiff.

3. Exhibit A to Plaintiff's Motion for Summary Judgment [Doc. 29], pay records and time records.

4. Exhibit D to Plaintiff's Motion for Summary Judgment [Doc. 29], the

   Termination of Employment form.

5. Exhibit F to Plaintiff's Motion for Summary Judgment [Doc. 29], Interrogatories to the Defendant.

6. Exhibit G to Plaintiff's Motion for Summary Judgment [Doc. 29], Defendant's response to Plaintiff's interrogatories.

7. Exhibit H to Plaintiff's Motion for Summary Judgment [Doc. 29], work schedule.

8. Defendant's responses to Plaintiff's Interrogatories and request to produce.


Dated:  July 15, 2015

By /s/ Michael Massey
   Michael Massey
   Massey & Duffy
   855 E. Univ. Avenue
   Gainesville, Florida 32601
   FBN 153680

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing on this July 15, 2015 by filing a copy with the Court's electronic filing system that will send a copy via email to counsel for the Defendant.

    /s/ Michel Massey
Michael Massey
Fla. Bar No. 153680
Massey & Duffy, P LLC
855 E. University Ave.
Gainesville, FL 32601
352-505-8900